[No. 4618–4–III.  Division Three.  November 18, 1982.]

*In the Matter of the Application for a Writ of Habeas Corpus of* JOHNIE WILLIAM SCOTT, *Appellant,* v. GERALD THOMPSON, *as Secretary of the Department of Social and Health Services,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 74275, Donald H. Thompson, J., entered May 13, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe, A.C.J., and Munson, J.

[No. 4589–7–III.  Division Three.  November 18, 1982.]

*In the Matter of the Estate of* PHELIM D. KRUSSEL.

MARTIN N. KRUSSEL, ET AL, *Appellants,* v. LEONARD C. DEAVER, *as Executor, Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 75202, James B. Mitchell, J., entered May 26, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.

[No. 4445–9–III.  Division Three.  November 18, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD J. BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 80–1–00298–1, Albert J. Yencopal, J., entered January 30, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, A.C.J., and Green, J.